UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 AND JANE DOES 1
AND 2, individually and on behalf of all
others similarly situated,

      Plaintiffs,                              Case No. 19-cv-11805
                                                      Hon. Matthew F. Leitman

v.

THE FLIGHT CLUB and
and ALAN MARKOVITZ, jointly
and severally,

      Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Before the Court is the parties Joint Motion to Approve Settlement in the above-captioned matter. The Court having reviewed the Motion, and for the reasons stated on the record on August 17, 2020, orders as follows:

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Approve Settlement is GRANTED.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice and without costs and fees.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

                                                     /s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  August 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764